RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Craig Richard Pozesky

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRAIG RICHARD POZESKY,

Defendant.

Case No. 2:17-cr-00348-RFB-GWF

**Stipulation to Continue Supplement's Deadline to Motion for Compassionate Release**
(Eighth Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General of the United States, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Craig Richard Pozesky, request that the due date for Mr. Pozesky's Supplement to Motion for Compassionate Release (ECF No. 34), be extended from August 28, 2026 to December 11, 2026.

This Stipulation is entered into for the following reasons:

1. The pleading is drafted but per office policy defense counsel is required to have all pleadings reviewed by a second attorney. During its review, it was discovered that more information is needed to complete the supplement.

2. Defense counsel is in the process of consulting with potential experts and needs additional time for the expert to review records.
3. The additional time requested would allow for the expert review and for any information to be incorporated into the pleading.
4. The defendant is in custody and does not oppose the continuance.
5. The parties further request that the government file its response by January 29, 2026.
6. The additional time requested by the stipulation is made in good faith and not for the purposes of delay.

This is the eighth request for a continuance of the supplement deadline.

DATED this 28th day of August 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Dawn A. Penn*
DAWN A. PENN
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

By */s/ Steven Rose*
STEVEN ROSE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRAIG RICHARD POZESKY,

Defendant.

Case No. 2:17-cr-00348-RFB-GWF

ORDER

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to December 11, 2026, and the government shall file its response by January 29, 2027.

DATED this 18th day of September 2026.

UNITED STATES DISTRICT JUDGE